[No. 10509–8–II.  Division Two.  March 16, 1988.]

MICHAEL L. FRAZIER, *Appellant,* v. THE CITY OF LONG BEACH, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pacific County, No. 85–2–00203–4, Herbert E. Wieland, J., entered October 29, 1986. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Reed, C.J., and Petrich, J.

[No. 9436–3–II.  Division Two.  March 17, 1988.]

CYNTHIA KODEN, *Respondent,* v. B & I REALTY, INC., *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 84–2–02305–3, William L. Brown, Jr., J., entered December 13, 1985. *Reversed* by unpublished opinion per Morgan, J. Pro Tem., concurred in by Brachtenbach and Soule, JJ. Pro Tem.

[Nos. 18716–3–I; 18719–8–I.  Division One.  March 21, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. MARTIN NELSON, ET AL, *Appellants.*

Appeals from a judgment of the Superior Court for King County, No. 86–1–00834–5, David C. Hunter, J. Pro Tem., entered June 23, 1986. *Affirmed* by unpublished opinion per Cole, J. Pro Tem., concurred in by Swanson, J., Ringold, J. Pro Tem., dissenting.